| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF TEXAS |
| Case number *(if known)*      Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **8607 Wurzbach Management, L.P.**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    **74-2950817**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8607 Wurzbach Rd., Bldg. R, Suite 150** <br> **San Antonio, TX 78240** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Bexar** | Location of principal assets, if different from principal place of business |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
■ Partnership (excluding LLP)
☐ Other. Specify:

Debtor  **8607 Wurzbach Management, L.P.**  Case number (*if known*)
       Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☒ No
- ☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 2

Debtor **8607 Wurzbach Management, L.P.** Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **8607 Wurzbach Management, L.P.**      Case number (*if known*) _____
     Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 1, 2023**
                MM / DD / YYYY

**X** **/s/ Savitri Frizzell**            **Savitri Frizzell**
   Signature of authorized representative of debtor     Printed name

Title   **President of 8607 Wurzbach Corporation, General Partner**

**18. Signature of attorney**

**X** **/s/ H. Anthony Hervol**         Date **September 1, 2023**
   Signature of attorney for debtor                                   MM / DD / YYYY

**H. Anthony Hervol 00784264**
Printed name

**Law Office of H. Anthony Hervol**
Firm name

**22211 IH-10 West, Suite 1206-168**
**San Antonio, TX 78257**
Number, Street, City, State & ZIP Code

Contact phone **(210) 522-9500**     Email address **hervol@sbcglobal.net**

**00784264 TX**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **8607 Wurzbach Management, L.P.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 1, 2023**     X **/s/ Savitri Frizzell**
                                                       Signature of individual signing on behalf of debtor

                                                       **Savitri Frizzell**
                                                       Printed name

                                                       **President of 8607 Wurzbach Corporation, General Partner**
                                                       Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **8607 Wurzbach Management, L.P.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Anne Holt<br>4037 Little Blanco Road<br>Blanco, TX 78606-4766 | | Business loan | | | | $21,000.00 |
| Bernice Yacenda<br>30 Cora Lane<br>Chester, NE 07930 | | Business loan | | | | $12,000.00 |
| Dr. Gary Whiting<br>8607 Wurzbach Rd.<br>Bldg "V" Suite 100<br>San Antonio, TX 78240 | | Tenant improvement credit | | | | $11,049.00 |
| JD Miller<br>unknown | | Business loan | | | | $5,000.00 |
| Jessica Oakley<br>197 High Oak<br>University City, TX | | Business loan | | | | $24,000.00 |
| Jocelyn James<br>2211 Griffith Park Blvd. Apt 20<br>Los Angles, CA 90039 | | Business loan | | | | $10,000.00 |
| SAWS<br>P.O. Box 2990<br>San Antonio, TX 78299-2990 | | Disputed water bill | Disputed | | | $2,000.00 |
| Sondra Lands<br>305 Squires Row<br>San Antonio, TX 78213 | | Business loan | | | | $11,600.00 |
| Steve G. Click<br>5322 Medical Drive #C207<br>San Antonio, TX 78240 | | Business loan | | | | $11,000.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Texas

In re: **8607 Wurzbach Management, L.P.**  Case No. _____
Debtor(s)  Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of 8607 Wurzbach Corporation, General Partner of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **September 1, 2023**  **/s/ Savitri Frizzell**
**Savitri Frizzell**/**President of 8607 Wurzbach Corporation, General Partner**
Signer/Title

```
United States Trustee
615 E Houston Street, Ste 533
San Antonio, TX 78205


Anne Holt
4037 Little Blanco Road
Blanco, TX 78606-4766


Attorney General of the United States
Main Justice Building, Room 5111
10th and Constitution Ave., N.W.
Washington, DC 20530


Audio Addicts, LLC
8607 Wurzbach Rd, Bldg. V #202
San Antonio, TX 78240


Bernice Yacenda
30 Cora Lane
Chester, NE 07930


Bexar County
c/o Linebarger, Goggan et al
711 Navarro, Suite 300
San Antonio, TX 78205


Dr. Gary Whiting
8607 Wurzbach Rd. Bldg "V" Suite 100
San Antonio, TX 78240


Dr. Gary Whiting, Ph.D.
8607 Wurzbach Rd, Bldg. V #100
San Antonio, TX 78240


Dr. Gary Whiting, Ph.D.
8607 Wurzbach Rd, Bldg. V #104
San Antonio, TX 78240


Higier Allen & Lautin, P.C.
The Tower at CityPlace
2711 N. Haskell Ave., Ste. 2400
Dallas, TX 75204
```

```
Internal Revenue Service
Special Procedures Staff - Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


JD Miller
unknown


Jessica Oakley
197 High Oak
University City, TX


Jocelyn James
2211 Griffith Park Blvd. Apt 20
Los Angles, CA 90039


Neuromuscular Pain & Nutrition Center
8607 WURZBACH RD. Bldg. R #150
San Antonio, TX 78240-1303


Northeast Bank
P.O. Box 1707
Lewiston, ME 04241-1707


REHAB THERAPY RESOURCES INC
8607 WURZBACH RD V104
San Antonio, TX 78240-1281


S.A. Bars, LLC
8647 Wurzbach Rd., Bldg. N
San Antonio, TX 78240


SAWS
P.O. Box 2990
San Antonio, TX 78299-2990


Sondra Lands
305 Squires Row
San Antonio, TX 78213


Steve G. Click
5322 Medical Drive #C207
San Antonio, TX 78240
```

```
Tarla Baprodra Insurance Agency
d/b/a Allstate
8607 Wurzbach Rd, Bldg. V #101
SAN ANTONIO, TX 78240-1281


United States Attorney/IRS
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216
```